UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE D. DAVIS,

        Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

C21-645 TSZ

MINUTE ORDER SETTING TRIAL
DATE AND RELATED DATES

      Having reviewed the parties' Joint Status Report, docket no. 12, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| **BENCH TRIAL DATE (1-2 days)** | **September 19, 2022** |
| Deadline for filing administrative record | August 20, 2021 |
| Deadline for filing any motion to conduct limited discovery (such motion to be noted for the third Friday after filing) | September 9, 2021 |
| Deadline for filing any dispositive motion, which shall not exceed thirty (30) pages in length, and which shall be noted for the date the response is due; no reply brief shall be filed unless requested by the Court | March 18, 2022 |
| Deadline for filing any response to any dispositive motion; such response shall not exceed thirty (30) pages in length | April 22, 2022 |

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| All motions related to expert witnesses, if any, (*e.g.*, Daubert motions) must be filed by | June 30, 2022 |
| Agreed pretrial order due | September 2, 2022 |
| Trial briefs and proposed findings of fact and conclusions of law due | September 2, 2022 |
| Pretrial conference scheduled for **10:00 a.m.** on | September 9, 2022 |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed **under seal** via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Chambers at (206) 370-8830; failure to do so constitutes grounds for sanctions. See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 21st day of July, 2021.

                                                  Ravi Subramanian
                                                  Clerk

                                                  /s/ Gail Glass
                                                  Deputy Clerk

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 2